UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SNEED JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACELRX PHARMACEUTICALS, INC., VINCENT J. ANGOTTI, RAFFI ASADORIAN, PAMELA PALMER,<br><br>Defendants. | Case No. 5:21-cv-04353-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:        May 25, 2023<br>Time:       9:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Beth Labson Freeman |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO DISMISS SAC AND RJN
CASE NO. 5:21-CV-04353-BLF

Pending before the Court is Defendants' AcelRx Pharmaceuticals, Inc. ("AcelRx"), Vincent J. Angotti, Raffi Asadorian, and Pamela Palmer's (together, with AcelRx, "Defendants") Motion to Dismiss Plaintiffs' Second Amended Complaint (the "SAC").

Having considered the moving, opposition, and reply papers, Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, the argument of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

First, Defendants' Request for Judicial Notice and Incorporation by Reference in Support of Defendants' Motion to Dismiss is **GRANTED**. Exhibits 1–3, 8, 10, 12, 14–16, 18–22, and 25 appended to the Declaration of Janelle M. Fernandes are properly incorporated into the Second Amended Complaint, which relies on each document to support its claims and allegations. The Court also takes judicial notice of Exhibits 1–27 pursuant to Federal Rule of Evidence 201.

Second, Defendants' Motion to Dismiss the Second Amended Complaint is **GRANTED WITHOUT LEAVE TO AMEND**. The Court holds that Plaintiffs have not satisfied the requirements of Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act, and have not alleged facts sufficient to state a claim for a violation of Section 10(b) or Section 20(a) of the Securities Exchange Act of 1934 as to any Defendant.

For the foregoing reasons, it is **HEREBY ORDERED** that the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Beth Labson Freeman
United States District Judge

Cooley LLP
Attorneys at Law
Palo Alto

1

[Proposed] Order Granting Defs.'
Motion to Dismiss SAC and RJN
Case No. 5:21-cv-04353-BLF