UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AARON SNEED JR., <br><br> Plaintiff, <br><br> v. <br><br> ACELRX PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 21-cv-04353-BLF <br><br> **JUDGMENT** |

Plaintiff's third amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice, it is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: May 7, 2024

_____
BETH LABSON FREEMAN
United States District Judge